FILED

JAN 27 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:22CR00027 HEA/JMB** |
| ) | |
| v. ) No. | |
| ) | |
| CHARLES ADAMS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 12, 2019, within the Eastern District of Missouri, the defendant,

**CHARLES ADAMS,**

made or caused to be made a false statement and representation of material fact to the Social Security Administration, in an application for disability determination with the Social Security Administration, to wit: **CHARLES ADAMS** represented to the Social Security Administration, in a Function Report as part of a disability benefits application, that his medical conditions affected his abilities to lift, squat, bend, stand, walk, and sit, when in truth and in fact, **CHARLES ADAMS** regularly engaged in these activities at a gym where he lifted weights.

In violation of Title 42, United States Code, Section 408(a)(2).

1

## COUNT TWO

From on or about October 1, 2017, continuing until on or about November 1, 2021, within the Eastern District of Missouri, the defendant,

**CHARLES ADAMS,**

did embezzle, steal, purloin, or knowingly convert to his use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $75,510.29 in the form of Veterans Administration Disability benefit payments, creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney